UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUNE 26, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No. CRIM. 13-00217-TLN |
| Plaintiff,          ) | |
| v.          ) | |
| ) | ORDER FOR RELEASE OF |
| PAMELA ANN HARRIS,          ) | PERSON IN CUSTODY |
| ) | |
| Defendant.          ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PAMELA ANN HARRIS, Case No. CRIM. 13-00217-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $ 50,000.00.

    __X__   Co-Signed Unsecured Appearance Bond by Marion Harris.

    ____   Secured Appearance Bond

    __X__   (Other) Conditions as stated on the record.

    ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   6/26/2013   at  2:30 pm.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge